IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF GEORGIA, AND STATE OF COLORADO | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| *ex rel.* KAREN MATHEWSON | ) ) |
| Plaintiff-Relator | ) ) |
| v. | ) ) ) |
| PREMIER MEDICAL, INC., KEVIN MURDOCK, MICHAEL CONROY, AND DAKOTA WHITE | ) ) ) ) |
| Defendants | ) |

C.A. No. 6:18-cv-00165-TMC

**FILED EX PARTE AND UNDER SEAL**

## JOINT NOTICE OF PARTIAL INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4) and (2), the Georgia State False Medicaid Claims Act, O.C.G.A. §§ 49-4-168.2(c)(2), and the Colorado Medicaid False Claims Act, C.R.S. 25.5-4-306(2)(b), the United States hereby notifies the Court of the United States', the State of Georgia's and the State of Colorado's decision to partially intervene and proceed in this action. The United States requests one hundred and twenty (120) days to file a Joint Complaint in Intervention.

   **I.   Intervention**

The United States and the States intervene in the action alleging that defendants Premier Medical, Inc., Kevin Murdock, and Michael Conroy violated the Anti-Kickback Statute (the "AKS"), 42 U.S.C. § 1320a-7b and the False Claims Act ("FCA"), 31 U.S.C. §§ 3729–3733, by submitting claims for laboratory services tainted by illegal kickbacks. The United States and the

States also intervene in the part of the action alleging that Premier submitted claims to federal healthcare programs for services that were not rendered. The United States and the States decline to intervene against Defendant Dakota White, although Plaintiffs may seek intervention for good cause, pursuant to 31 U.S.C. §3730(c)(3), at a later date. The State of Georgia is not intervening against defendants pursuant to the Georgia Taxpayer Protection False Claims Act, and notes that it will be moving to dismiss these counts because Relator did not obtain written approval by the Attorney General according to O.C.G.A. § 23-3-122(b)(1).

**II.     Seal**

The United States requests that the relator's Complaint (ECF No. 1), First Amended Complaint (ECF No. 6), Second Amended Complaint (ECF No. 49), and this Notice, be unsealed. The United States requests that all other papers on file in these actions remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

.                                                     Respectfully submitted,

                                                      M. RHETT DeHART
                                                      Acting United States Attorney
                                                      District of South Carolina

                                        By:     s/ Beth Warren
                                                      BETH WARREN (#11360)
                                                      NANCY G. COTE (#12530)
                                                      Assistant United States Attorneys
                                                      1441 Main Street, Suite 500
                                                      Columbia, South Carolina 29201
                                                      Telephone (803) 929-3037
                                                      E-mail: Beth.C.Warren@usdoj.gov

*Attorneys for the United States*

CHRISTOPHER M. CARR
ATTORNEY GENERAL

Sara Vann
ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 141787
200 Piedmont Ave, S.E.
West Tower, 19th Floor
Atlanta, Georgia 30334
Telephone: (404) 458-3755
E-mail:   svann@law.ga.gov

*Pro Hac Vice* Application Forthcoming

PHILIP WEISER,  Attorney General
State of Colorado

George A. Codding
Senior Assistant Attorney General
Office of the Attorney General, MFCU
1300 Broadway, 9th Floor
Denver, CO 80203
Tel.: (720) 508-6696
Fax: (720) 508-6034
george.codding@coag.gov

*Pro Hac Vice* Application Forthcoming

Sonia Raichur Russo
Assistant Attorney General
Medicaid Fraud Control Unit
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, CO 80203
(720) 508-6685
Sonia.Russo@coag.gov

*Pro Hac Vice* Application Forthcoming

March 24, 2021

3