# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF GEORGIA, STATE OF COLORADO, AND STATE OF SOUTH CAROLINA, | C/A No. 6:18-cv-00165-TMC |
| Plaintiffs, | |
| *ex rel.* ROBERT MATHEWSON, | |
| Plaintiff-Relator, | |
| v. | |
| PREMIER MEDICAL, INC., KEVIN S. MURDOCK, FREEDOM MEDICAL LABS, LLC, ROBERT ALAN RICHARDSON, AND EDWARD BURCH, | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR ORDER OF SETTLEMENT AND ENTRY OF CONSENT JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the United States, the States of Colorado, Georgia, and South Carolina (together "Plaintiffs") respectfully request this Court sign and enter the attached Stipulation and Order of Settlement and Dismissal and Consent Judgment against Defendants Robert Alan Richardson and Freedom Medical Labs, LLC (Attach. 1 at p. 27). The Stipulation has been agreed upon and signed by each Plaintiff and Defendants Robert Alan Richardson and Freedom Medical Labs. The Consent Judgment has been agreed upon and signed by Plaintiff United States and Defendants Robert Alan Richardson and Freedom Medical Labs, LLC. (Attach. 1, Ex. C at p. 3).

Respectfully submitted,

BROOK B. ANDREWS

                    Acting United States Attorney
                    District of South Carolina

By:   *s/Beth C. Warren*
      BETH C. WARREN (#11360)
      NANCY COTE (#12530)
      Assistant United States Attorneys
      1441 Main Street, Suite 500
      Columbia, South Carolina 29201
      Telephone (803) 929-3037
      E-mail: Beth.C.Warren@usdoj.gov

      CHRISTOPHER M. CARR
      Attorney General
      State of Georgia

      Sara Vann
      Senior Assistant Attorney General
      Georgia Bar No. 141787
      600 West Peachtree St.
      20th Floor
      Atlanta, Georgia 30308
      Telephone: (404) 458-3755
      E-mail:  svann@law.ga.gov
      Admitted *Pro Hac Vice*

      PHILIP J. WEISER
      Attorney General
      State of Colorado

      Lauren Nicole Jones
      Assistant Attorney General
      Colorado Bar No. 58444
      Office of the Attorney General, MFCU
      1300 Broadway, 9th Floor
      Denver, CO 80203
      Telephone.: (720) 508-6741
      E-mail: lauren.jones@coag.gov
      Admitted *Pro Hac Vice*

      Hannah Logue Perng
      Assistant Attorney General
      Colorado Bar No. 61004
      Office of the Attorney General, MFCU
      1300 Broadway, 9th Floor
      Denver, CO 80203

Telephone.: (720) 508-6195
E-mail: hannah.perng@coag.gov

ALAN WILSON
Attorney General
State of South Carolina

Stephanie G. Opet (#13502)
Timothy Brandon Steen (#13634)
Assistant Deputy Attorneys General
Medicaid Fraud Control Unit
South Carolina Office of the Attorney General
P.O. Box 11549
Columbia, South Carolina 29211
Telephone: (803) 734-3405
E-mail: SGoddard@scag.gov

3