AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America; State of Georgia; State of Colorado; and State of South Carolina,<br>*Plaintiffs*<br><br>*ex rel.* Susan Mathewson,<br>*Plaintiff-Realtor,*<br><br>v.<br><br>Premier Medical Inc; Kevin S Murdock; and Edward Burch.<br>*Defendants* | Civil Action No.  6-18-cv-165-TMC |

**DEFAULT JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ the plaintiffs, United States of America and State of Georgia, recover from the defendant, Premier Medical Inc, the amount of Twenty-Eight Million, One Hundred Fourteen Thousand, Two Hundred Fifty-Seven and 12/100 dollars ($28,114,257.12), plus postjudgment interest at the rate of 3.98 %, along with costs.

■ the plaintiffs, United States of America and State of Colorado, recover from the defendant, Premier Medical Inc, the amount of Thirty-Four Million, Sixty-Nine Thousand, Three Hundred Ninety and 26/100 dollars ($34,069,390.26), plus postjudgment interest at the rate of 3.98 %, along with costs.

■ the plaintiffs, United States of America and State of South Carolina, recover from the defendant, Premier Medical Inc, the amount of Eight Million, Eight Hundred Thirty-One Thousand, Six Hundred Eight and 32/100 dollars ($8,831,608.32), plus postjudgment interest at the rate of 3.98 %, along with costs.

This action was:

■ decided by the Honorable Chief Judge Timothy M. Cain.

Date:   April 25, 2025

*CLERK OF COURT*

L. K. McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*