IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF GEORGIA, STATE OF COLORADO, AND STATE OF SOUTH CAROLINA,<br><br>Plaintiffs,<br><br>*ex rel.* SUSAN MATHEWSON,<br><br>Plaintiff-Relator,<br><br>v.<br><br>PREMIER MEDICAL, INC., KEVIN S. MURDOCK, FREEDOM MEDICAL LABS, LLC, ROBERT ALAN RICHARDSON, AND EDWARD BURCH,<br><br>Defendants. | C/A No. 6:18-cv-00165-TMC |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the United States, the States of Colorado, Georgia, and South Carolina (together "Plaintiffs") and Defendant Kevin S. Murdock respectfully request this Court sign and enter the attached Consent Judgment against Defendant Kevin S. Murdock (Attach. 1 at p. 9). The Consent Judgment has been agreed upon and signed by each Plaintiff and Defendant Murdock.

Respectfully submitted,

BRYAN P. STIRLING
United States Attorney
District of South Carolina

s/ *Beth C. Warren*
Beth C. Warren (#11360)
Nancy G. Cote (#12530)

Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3037
E-mail: Beth.C.Warren@usdoj.gov
*Attorneys for the United States*

CHRISTOPHER M. CARR
Attorney General
State of Georgia

Sara Vann
Senior Assistant Attorney General
Georgia Bar No. 141787
600 West Peachtree St.
20th Floor
Atlanta, Georgia 30308
Telephone: (404) 458-3755
E-mail:  svann@law.ga.gov

Admitted *Pro Hac Vice*

James C. Champlin IV
Assistant Attorney General
Georgia Bar No. 853410
600 W. Peachtree Street, NW 20th Floor
Atlanta, Georgia 30308
Telephone: (404) 458-3881
E-mail: jchamplin@law.ga.gov

Admitted *Pro Hac Vice*

PHILIP J. WEISER
Attorney General State of Colorado

Lauren Nicole Jones
Hannah Logue Perng
Assistant Attorneys General
Colorado Department of Law
Medicaid Fraud, Abuse & Neglect Unit
1300 Broadway, 9th Floor
Denver, CO 80203

2

Telephone.: (720) 508-6741
E-mail: lauren.jones@coag.gov

Admitted *Pro Hac Vice*

ALAN WILSON
Attorney General
State of South Carolina

Stephanie G. Opet (#13502)
Timothy Brandon Steen (#13634)
Assistant Deputy Attorneys General
Medicaid Fraud Control Unit
South Carolina Office of the Attorney General
P.O. Box 11549
Columbia, South Carolina 29211
Telephone: (803) 734-3405
E-mail: SGoddard@scag.gov

*s/Alex Paterra*
The Paterra Law Firm, LLC
104 S. Calhoun St.
Greenville, South Carolina 29601
(864) 232-2776
alex.paterra@paterralaw.com
*Attorneys for Defendant Kevin S. Murdock*

John A. Sten
BBO#: 629577
Byrd Tucker P.A.
100 State Street, Third Floor
Boston MA 02109
Phone: 617-967-2820
JSten@ByrdCampbell.com
*Admitted Pro Hac Vice*

Tucker H. Byrd
Florida Bar No. 381632
BYRD CAMPBELL, P.A.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
TByrd@ByrdCampbell.com
Paralegal@ByrdCampbell.com
*Admitted Pro Hac Vice*

3